PEOPLE ex rel. ROCHESTER TELEPHONE CO., Respondent, v. WOODBURY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Proceedings by the People of the State of New York, on the relation of the Rochester Telephone Company, against Egbert E. Wood-

bury and others. No opinion. (Proceedings of 1901, 1902, 1904, 1905, and 1910.) The five final orders appealed from are affirmed, with one bill of costs.